THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GEORGE FOSTER, Defendant. THOMAS H. LARKIN, Attorney for Defendant, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

EMORY GIFFORD, as Executor, etc., Respondent, v. ADDIE MCCULLOUGH, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

EMORY GIFFORD, as Executor, etc., Respondent, v. EMMA PERKINS, Appellant.— Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Final Judicial Settlement of the Accounts of FREDERIC D. WHITWELL, as Substituted Trustee under the Will of DAVID BAIRD, Deceased. — Motion for reargument denied, with ten dollars costs. Motion for modification of order denied. Motion for leave to appeal to Court of Appeals denied.

JAMES RYAN, Appellant, v. FRANK L. HALL COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Held, while the evidence as to damages is unsatisfactory, we think there is enough to have warranted the jury in finding more than nominal damages; and besides, the judge seems to have charged the jury, without exception, that the plaintiff was entitled upon the evidence to recover what the services of the physician were reasonably worth.

In the Matter of the Claim of FRED DAWSON, Respondent, against FANNY KELLY, as Executrix, etc., of ANDREW DAVIS, Deceased, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JAMES C. DAYTON, as Executor, etc., of KATE MCCALLUM PAGE, Deceased, Respondent, v. GRACE G. FARMER, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

GEORGE H. KENNEDY and Others, as Executors, etc., of LOUISA STAMP, Deceased, Appellants, v. EDWARD SMITH and Others, Respondents.— Appeal transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 618 of the Civil Practice Act. Sears, J., not sitting.

AMELIA J. MCCORMACK, Respondent, v. GEORGE R. MCCORMACK, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

WHITMIER & FERRIS COMPANY, INC., Appellant, v. JOHN LAUGHLIN, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

CHARLES E. PURDY and Others, Respondents, v. MARY EVELYN SMITH, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and printed briefs and pay to respondents' attorneys ten dollars by August fifteenth.

GEORGE A. FOSTER, Respondent, v. GUILIO DIPAOLO and Another, Appellants. — Motion to dismiss appeal granted, unless appellants shall serve typewritten brief by May eighth and be ready to argue the appeal on printed briefs on May twelfth.

HARVEY RIM AND WHEEL CO., INC., Respondent, v. JAMESTOWN DIE AND TOOL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. Held, we are of the opinion that this case falls within the rule of *Untermyer* v. *Beinhauer* (105 N. Y. 521) and is distinguished from the case of *Sterling Engine Co.* v. *Church* (197 App. Div. 924) in that it was necessary in the latter case to prove the various items set forth in the complaint and bill of particulars in order to make out a cause of action. All concur.